IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO. 05-2013-CA-037639-XXXX-XX

TIMOTHY S. DOUGLAS

Plaintiff,

vs.

ZACHRY CONSTRUCTION CORPORATION a/k/a ZACHRY CONSTRUCTION CORP., a foreign, corporation, ZACHRY INDUSTRIAL, INC., a foreign corporation, and ROBERT ALLEN SANDERS,

Defendants.
_____/

## COMPLAINT

COMES NOW Plaintiff, TIMOTHY S. DOUGLAS, and sues Defendants ZACHRY CONSTRUCTION CORPORATION a/k/a ZACHRY CONSTRUCTION CORP., a foreign corporation; ZACHRY INDUSTRIAL, INC., a foreign corporation, and ROBERT ALLEN SANDERS and alleges:

1. This is an action for damages which exceed the sum of FIFTEEN THOUSAND DOLLARS ($15,000), exclusive of interest and costs.

2. That at all times material to this cause, Defendants ZACHRY CONSTRUCTION

1

CORPORATION a/k/a ZACHRY CONSTRUCTION CORP., and ZACHRY INDUSTRIAL, INC., were and are foreign corporations authorized to do business and/or doing business in the State of Florida who also operated owned or leased motor vehicles in the state of Florida by and through their respective employees, agents or representatives, including Defendant ROBERT ALLEN SANDERS. Further, Defendant ROBERT ALLEN SANDERS was a resident of Texas who operated in Brevard County, Florida, a vehicle leased or owned by Defendants ZACHRY CONSTRUCTION CORPORATION a/k/a ZACHRY CONSTRUCTION CORP. and/or ZACHRY INDUSTRIAL, INC., at the time and place of a collision referenced more particularly hereinafter (1) within the course and scope of his employment with Defendant ZACHRY INDUSTRIAL, INC. and/or Defendant ZACHRY CONSTRUCTION CORPORATION a/k/a ZACHRY CONSTRUCTION CORP.; or alternatively, (2) as an agent or representative of one or both of said defendants; or in the further alternative, (3) while engaged in a mission or activity on behalf of one or both of said defendants. Pleading in the alternative with respect to the residency of Defendant, ROBERT ALLEN SANDERS, Plaintiff avers that Defendant, ROBERT ALLEN SANDERS, at the date and time of the subject accident involving him as the operator of the noted motor vehicle within the State of Florida if not a resident of the State of Texas, was a resident of Florida who thereafter became a nonresident and/or has concealed his whereabouts.

3. By reason of the foregoing, each of said Defendants are subject to personal and subject matter jurisdiction of this Honorable Court and to service of process in this action pursuant to Chapter 48, Florida Statutes, including without limitation pursuant to F.S. §48.071, F.S. §48.081, F.S. §48.091, §48.161, F.S. §48.171, F.S. §48.181, F.S. §48.193

and F.S. §48.194.

4. On or about November 1, 2011, Gelco Corporation, and/or one or more of the named Defendants, owned, and Defendants ZACHRY CONSTRUCTION CORPORATION a/k/a ZACHRY CONSTRUCTION CORP., and/or ZACHRY INDUSTRIAL, INC., were lessees of or otherwise in the possession, custody and control of the motor vehicle operated by Defendant ROBERT ALLEN SANDERS with the implied or express consent of said owner(s) and lessee(s), at or about the intersection of Clearview Drive and U.S. Hwy 1 (SR5) in Brevard County, Florida.

5. At that time and place Defendant ROBERT ALLEN SANDERS negligently operated and/or defendants negligently maintained the motor vehicle so that it collided with a motor vehicle operated by Plaintiff TIMOTHY S. DOUGLAS.

6. As a direct and proximate result of the foregoing negligence of the defendants, Plaintiff, TIMOTHY S. DOUGLAS suffered bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of previously existing conditions. The losses are either permanent or continuing and Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff TIMOTHY S. DOUGLAS sues and demands judgment against Defendants ZACHRY CONSTRUCTION CORPORATION a/k/a ZACHRY CONSTRUCTION CORP., a foreign corporation, ZACHRY INDUSTRIAL, INC., a foreign corporation, and ROBERT ALLEN SANDERS jointly and severally, for Plaintiff's compensatory general and special damages together with costs and prejudgment and post-

judgment interest as allowed by law, and Plaintiff demands trial by jury of all issues.

Dated: October 7, 2013.

KNUDSON BRAIN SPINE INJURY LAW OFFICE P.A.

By: _____
James L. Knudson, Esq.
Florida Bar # 168500
830 Executive Lane, Suite 140
Rockledge, FL 32955
(321) 631-2218 (Ph.)
(321) 631-4065 (Fax)
eservice@brainspineinjury.com
Attorney for Plaintiff
