UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIMOTHY S. DOUGLAS,

    Plaintiff,

v.                                      Case No: 6:13-cv-1943-Orl-40GJK

ZACHRY INDUSTRIAL, INC. and
ROBERT ALLEN SANDERS,

    Defendants.
_____

## VERDICT

We, the Jury, return the following verdict:

1. Was there negligence on the part of Timothy Douglas that was a legal cause of his own injury?

        YES _____        NO ✓

If your answer to Question 1 is "YES," please proceed to Question 2. If your answer to Question 1 is "NO," skip Question 2 and proceed to Question 3.

2. State the percentage of any negligence that was a legal cause of injury to Timothy Douglas that you charge to:

| | |
|---|---|
| Defendant, Robert Sanders | _____% |
| Plaintiff, Timothy Douglas | _____% |
| (Total must equal 100%) | 100 % |

After answering Question 2, please proceed to Questions 3 through 5.

3. What is the amount of any damages sustained by Timothy Douglas for medical expenses—

    a. In the past: $ 300,000.00

    b. In the future: $ 2,000,000.00

4. What is the amount of any damages sustained by Timothy Douglas for lost earnings—

    a. In the past: $ 60,000.00

    b. For lost earning capacity in the future: $ 900,000.00

5. What is the amount of damages sustained by Timothy Douglas for pain and suffering, mental anguish, loss of capacity for the enjoyment of life, impairment, disability, disfigurement, and aggravation of previously existing conditions—

    a. In the past: $ 300,000.00

    b. In the future: $ 3,000,000.00

TOTAL DAMAGES OF TIMOTHY DOUGLAS
(Please add lines 3a, 3b, 4a, 4b, 5a, and 5b)    $ 6,560,000.00

SO SAY WE ALL, this __14__ day of September, 2015.

_[signature]_
Foreperson (please sign)