UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

TIMOTHY S. DOUGLAS,

    Plaintiff,

-v-                                      Case No. 6:13-cv-1943-Orl-40GJK

ZACHRY INDUSTRIAL, INC., and
ROBERT ALLEN SANDERS,

    Defendants,

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action was tried by a jury with Judge Paul G. Byron presiding, and the jury has rendered a verdict.

**IT IS ORDERED AND ADJUDGED,**

That the Plaintiff TIMOTHY S. DOUGLAS recover from the Defendants ZACHRY INDUSTRIAL, INC., and ROBERT ALLEN SANDERS Six Million Five Hundred and Sixty Thousand dollars ( $6,560,000.00), with interest thereon at the legal rate as provided by law, along with costs.

Date: September 15, 2015                    SHERYL L. LOESCH, CLERK

                                                                N. L. Leiter
                                                                 Courtroom Deputy Clerk